# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00615-CV

**Sarah Louise Smith and Javan Paul Smith, Appellants**

**v.**

**Richard D. Powell, Appellee**

### FROM THE 33RD DISTRICT COURT OF LLANO COUNTY
### NO. 21376, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' briefs were originally due on June 6, 2022. On July 18, 2022, this Court sent a notice to appellant informing them that their briefs were overdue and that a failure to file a satisfactory response by July 28, 2022, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed for Want of Prosecution

Filed: November 18, 2022